**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-1474

_____

VICKI S. PLESS; COY E. PLESS,

                                    Petitioners - Appellants,

        versus

COMMISSIONER OF INTERNAL REVENUE,

                                    Respondent - Appellee.

_____

On Appeal from the United States Tax Court.  (Tax Ct. No. 03-1917)

_____

Submitted:  October 14, 2004        Decided:  October 19, 2004

_____

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vicki S. Pless, Coy E. Pless, Appellants Pro Se.  Charles Bricken, Carol Ann Barthel, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vicki S. Pless and Coy E. Pless appeal from the tax court's orders upholding the notice of federal tax lien with respect to the Plesses' 1998 income tax liability and upholding the Commissioner's determination that Vicki Pless was not entitled to relief from joint and several liability. We have reviewed the record and the tax court's memorandum and opinions and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the tax court. See Pless v. Comm'r of Internal Revenue, No. 03-1917 (U.S. Tax Ct. Feb. 3, 10 & 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED